# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**MICHAEL F. CICERO**
Attorney At Law

*Mail To:* P.O. Box 1945  Morristown, NJ  07962
*Deliver To:* 200 Campus Drive  Florham Park, NJ  07932
T: (973) 966-8056 F: (973) 966-1015
mcicero@daypitney.com

November 12, 2008

## VIA ECF AND OVERNIGHT DELIVERY

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   In re Resort Condominiums International, LLC
      Civil Action No. 06-1222 (PGS)

Dear Judge Sheridan:

This firm represents defendant RCI, LLC. I write to inform Your Honor that the settlement agreement and the attachments thereto are nearly finalized, and that the parties continue to exchange comments and negotiate outstanding details. During a telephone call this afternoon, Your Honor's Chambers advised that the agreement needs to be submitted to the Court by November 14. While the parties hope to have a signed agreement in the next few days, it may not be finalized until November 17. Once the agreement is finalized, plaintiffs will file their motion for preliminary approval.

Thank you for Your Honor's consideration and continued patience.

Respectfully,

Michael F. Cicero

cc: All counsel of record (via ECF)

[Handwritten annotation: So Ordered / Telephone conf. Nov 17, 2008 on Mon. 10:00 AM attys to set up call at Day Pitney / H Abruzzo (?) / Peter G Sheridan]