UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE RESORT CONDOMINIUMS
INTERNATIONAL, LLC.

No. 06-cv-1222 (PGS)

**NOTICE**

To All Counsel of Record:

On May 1, 2009, a motion for approval of attorney fees was filed by Plaintiffs' attorneys. If additional fees are warranted due to the circumstances of the case and the additional proceedings, please update same by October 21, 2009.

Any objections to the legal fees must be filed by October 28, 2009.

_____
PETER G. SHERIDAN, U.S.D.J.