# DAVID C. BERMAN
### A Professional Corporation
ATTORNEYS AT LAW

71 MAPLE AVENUE ♦ MORRISTOWN ♦ NEW JERSEY 07960

TELEPHONE (973) 631-1000 ♦ FACSIMILE (973) 631-1111

David C. Berman[Ω]
    DBerman@NJLawyer.com
Edward Breen
    EBreen@NJLawyer.com
Edward N. Mazlish[Ω]
    EMazlish@NJLawyer.com

[Ω]*Member of NY and NJ Bars*

October 20, 2009

**Sent By E Filing and NJLS**

The Honorable Peter G. Sheridan
United States District Judge
402 East State Street
Trenton, NJ

    Re:    In Re Resorts Condominiums International, LLC
           <u>Civil Action No. 06-cv-1222 (PGS)</u>
           Client Matter No. 4245.001

*[handwritten: 10/21/09 So Ordered Peter G. Sheridan]*

Dear Judge Sheridan:

    By Notice entered October 8, 2009 (docket no. 248), Your Honor requested an update regarding additional fees that may be warranted, if any, to be filed by October 21, 2009 and opposition, if any, to be filed, by October 28, 2009. With the consent of RCI, Plaintiffs respectfully request that the deadlines be extended until November 13 for the Plaintiffs and November 20 for any objections.

    We request this adjournment so that the counsel can focus on the administration issues that are attendant to the on-going claim process. Further, while nothing is definite, it is our expectation that we would try to resolve the remaining fee issues, if any, before filing formal, supplemental fee applications.   Thank you.

                                                 Respectfully submitted,
                                                 **DAVID C. BERMAN**
                                                 A Professional Corporation
                                                 **Liaison and Local Attorneys for Plaintiffs**

                                                 By:  <u>/s/ DAVID C/ BERMAN</u>

cc:  All counsel (Sent via ECF Only)
W:\4245001\Fairness HearingJudgeSheridan15 ltr.doc